## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     * 

       *

       *     Criminal No. JFM-94-0281

     v.        *     Civil No. – JFM-16-2059

       *

CRAIG SCOTT        *

       ******

## MEMORANDUM

Craig Scott has filed a motion under 28 U.S.C. §2255 (document 283). The motion will be denied.

Assuming that *Johnson v. United States*, 135 S.Ct. 2551 (2015) applies to 18 U.S.C. § 924(c)(3)(b), bank robbery remains a crime of violence under § 924(c)(3) and Scott, who was convicted of bank robbery, is therefore not entitled to relief.

Date: 2/24/17

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 FEB 22 PM 3: 49

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY